# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: PETITION TO AUDIT CAMPAIGN FINANCE REPORTS OF JASON DAWKINS, CANDIDATE FOR THE 179TH LEGISLATIVE DISTRICT : No. 477 EAL 2014

: Petition for Allowance of Appeal from the Order of the Commonwealth Court

PETITION OF: SHAKEYA GRAY, TYREE CAMPBELL, REV. JAMES W. CLAY, SR., PHYLICIA JUDGE, HENRY WATKINS, EDWARD WEBB, AND THOMAS NEILSON

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**. Petitioners' Petition for Permission to File Amended Petition for Allowance of Appeal and Petition for Permission to File Nunc Pro Tunc Notice of Appeal or in the Alternative, Nunc Pro Tunc Petition for Allowance of Appeal are **DENIED**.